**UNITED STATES of America,**
**Appellee,**

v.

**Terry Lee HARMON, Appellant.**

No. 03–2223.

United States Court of Appeals,
Eighth Circuit.

Submitted Feb. 6, 2004.

Decided Feb. 12, 2004.

Anne Gardner, Little Rock, AR, for Plaintiff–Appellee.

Terry Lee Harmon, pro se, Fort Worth, TX, for Defendant–Appellant.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

---

* The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

**16**

PER CURIAM.

Terry Lee Harmon pleaded guilty to possessing with intent to distribute 5 grams or more of methamphetamine (actual), in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B). The district court[1] sentenced him to 71 months imprisonment and 4 years supervised release. On appeal, Mr. Harmon's counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

After carefully reviewing the record independently pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we affirm. We also grant counsel's motion to withdraw.

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.